■ GOLDSCHMIDT, FREDERICKS & OSHATZ, Respondent-Appellant, v AMERICAN HOME ASSURANCE COMPANY, Appellant-Respondent. — Appeal and cross appeal from order, Supreme Court, New York County (Blangiardo, J.), entered on March 19, 1982, withdrawn. No opinion. Concur — Kupferman, J. P., Carro, Silverman, Bloom and Milonas, JJ.

■ 1526 BROADWAY CORPORATION, Doing Business as BOND INTERNATIONAL CASINO, Respondent, v RON DELSENER, Appellant. — Order, Supreme Court, New York County (Levittan, J.), entered on August 25, 1982, unanimously affirmed, without costs and without disbursements, and appeal from order of said court entered on March 24, 1982, dismissed as subsumed in the appeal from the order entered on August 25, 1982. No opinion. Concur — Carro, J. P., Bloom, Lynch and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS BYRD, Appellant. — Judgment, Supreme Court, New York County (Lang, J., at plea and sentence; McQuillan, J., at suppression hearing), rendered on June 26, 1981, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings, pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sandler, J. P., Ross, Asch, Fein and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIJAH DAVIS, Appellant. — Judgment, Supreme Court, Bronx County (Mazur, J.), rendered on February 3, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Ross, J. P., Carro, Silverman, Bloom and Milonas, JJ.